UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DENNIS TOOLEY,
an individual,

Plaintiff,

vs.

CHRISTIE ASSOCIATES, INC.,
an Indiana Corporation,

and

CHRISTIE ENTERPRISES, INC.,
an Indiana Corporation,

Defendants.

CASE NO.: 1:18-cv-00296 -RLY-DML

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Dennis Tooley, and Defendants, Christie Associates, Inc. and Christie Enterprises, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice.

Dated: July 17, 2018

Respectfully Submitted,

*/s/ Louis I . Mussman*
Louis I. Mussman, Esq.
Bar No. 597155
Ku & Mussman, P.A.
18501 Pines Blvd.
Suite 209-A
Pembroke Pines, FL 33029
Phone: (305) 891-1322
Fax: (305) 891-4512
Email: Louis@KuMussman.com

Respectfully Submitted,

*/s/ Scott E. Andres*
Scott E. Andres
Attorney No. 25261-49
sandres@duedoyle.com
Charles J. Maiers
Attorney No. 31408-49
cmaiers@duedoyle.com
Due Doyle Fanning & Alderfer, LLP
8440 Allison Pointe Blvd., Suite 350
Indianapolis, Indiana 46250-4380
Phone: (317) 635-7700

and

Eric C. Bohnet, Esq.
Attorney No. 24761-84
Attorney at Law
6617 Southern Cross Drive
Indianapolis, Indiana 46237
Tel: (317) 750-8503
ebohnet@gmail.com

*Attorneys for Plaintiff*

Fax: (317) 638-5688

*Counsel for Defendant Christie Enterprises, Inc.*

*/s/ Thomas M. Kimbrough*
Thomas M. Kimbrough
Attorney No. 5414-02
Barrett McNagny LLP
215 East Berry Street
P.O. Box 2263
Fort Wayne, IN 46801-2263
Phone: (260) 423-9551
Fax: (260) 423-8920
E-Mail: tmk@barrettlaw.com

*Counsel for Defendant Christie Associates, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17 day of July, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

Scott E. Andres
Charles J. Maiers
Due Doyle Fanning & Alderfer, LLP
8440 Allison Pointe Blvd., Suite 350
Indianapolis, Indiana 46250-4380

Thomas M. Kimbrough
Barrett McNagny LLP
215 East Berry Street
P.O. Box 2263
Fort Wayne, IN 46801-2263

By: */s/ Louis I. Mussman*
Louis I. Mussman, Esq.