UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, an individual, | ) ) ) CASE NO.: 1:18-cv-00296 -RLY-DML |
| Plaintiff, | ) ) |
| vs. | ) ) |
| CHRISTIE ASSOCIATES, INC., an Indiana Corporation, | ) ) ) |
| and | ) ) |
| CHRISTIE ENTERPRISES, INC., an Indiana Corporation, | ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before the Court on Plaintiff's and Defendants' Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii). The Court having reviewed said Stipulation, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that this action is hereby dismissed with prejudice.

SO ORDERED this 19th day of July 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record